```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                             2:02-cr-96-FtM-29DNF

ELMER LEONARD BURRELL
_____

### **OPINION AND ORDER**

   This matter comes before the Court on a limited remand from the Eleventh Circuit Court of Appeals to make certain determinations as to the filing of the Notice of Appeal (Doc. #101).  (<u>See</u> Doc. #104.)

  Initial review of the district court file established that the Opinion and Order (Doc. #97) in question was filed on March 21, 2008, and mailed to defendant and others on March 24, 2008.  The first indication of an appeal was the Notice of Appeal (Doc. #101) filed on May 23, 2008.  The mailing date on the envelope is May 20, 2008, but the Notice of Appeal was accompanied by an undated cover letter stating in part "[A]ttached is a Notice of Appeal filed on or about the first of April. . . .  It has been some time since the Motion was filed I wanted to know if the Motion has been recieved [sic] and if not please give me notification as to file the appropriate documents, to further the process of Appeal."  <u>See</u> Doc. #101 attachment.

  The Court entered an Order (Doc. #105) directing defendant to file an Affidavit and/or supporting documents demonstrating excusable neglect or good cause.  Initially, defendant responded by requesting the appointment of counsel (Doc. #106).  That request was denied and defendant was provided additional time to respond.  (Doc. #107.)  On

July 25, 2008, defendant filed an Affidavit (Doc. #108) stating that in or about March of 2008 defendant filed a Notice of Appeals by sending the Notice of Appeal to the 11th Circuit Court of Appeals. Attached to the Affidavit is a copy of the Notice of Appeal filed in the district court (Doc. #101), a copy of an Opinion and Order (Doc. #94) denying a Motion for Downward Departure (Doc. #93) based on his current medical condition and security classification, and a copy of the docket entry for the denial of defendant's crack cocaine reduction motion.

There being no direct evidence to disprove defendant's Affidavit, the Court determines that the Notice of Appeal is deemed filed on or before April 4, 2008.

Accordingly, it is now

**ORDERED**:

The Clerk shall return the record as supplemented with a certified copy of this Opinion and Order to the Eleventh Circuit Court of Appeals for further proceedings.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of July, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
USCA
Parties of Record